No. 12–8205. Teters v. Borst Automotive Inc. et al. C. A. 9th Cir. Certiorari denied.

No. 12–8208. Trepal v. Crews, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 12–8212. Pierre v. Rogers, Warden. C. A. 5th Cir. Certiorari denied.

No. 12–8218. Albrecht v. Butts, Superintendent, Pendleton Correctional Facility. C. A. 7th Cir. Certiorari denied.

No. 12–8220. Rodriguez v. Chappius, Superintendent, Elmira Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 12–8224. Watson-El v. United States et al. C. A. 7th Cir. Certiorari denied.

No. 12–8226. Viet v. Knipp, Acting Warden. C. A. 9th Cir. Certiorari denied.

No. 12–8229. Winford v. Pella Window & Door Co. Sup. Ct. Fla. Certiorari denied.

No. 12–8235. Barros v. Wetzel, Secretary, Pennsylvania Department of Corrections, et al. C. A. 3d Cir. Certiorari denied.

No. 12–8239. Wright, aka Wright El v. Jackson, Correctional Administrator, Nash Correctional Institution. C. A. 4th Cir. Certiorari denied.

No. 12–8244. Stinson v. Bickell, Superintendent, State Correctional Institution at Huntingdon, et al. C. A. 3d Cir. Certiorari denied.

No. 12–8245. Surgick v. Arizona. Ct. App. Ariz. Certiorari denied.

No. 12–8246. Riles v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.